# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CELALETTIN AKARCAY,**

      **Plaintiff,**

v.                                                                                                       **Case No:   6:15-cv-1760-Orl-22KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## ORDER

This cause is before the Court on the Complaint filed by Plaintiff seeking review of the final decision of the Commissioner of Social Security denying his claim for social security benefits (Doc. No. 1) filed on October 19, 2015.

The United States Magistrate Judge has submitted a report recommending that the final decision of the Commissioner be REVERSED pursuant to sentence four of § 405(g) and the case be REMANDED to the Commissioner for further proceedings.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed October 26, 2016 (Doc. No. 20), is ADOPTED and CONFIRMED and made a part of this Order.

2. The final decision of the Commissioner is REVERSED pursuant to sentence four of § 405(g) and the case is REMANDED to the Commissioner for further proceedings.  The Clerk is directed to enter judgment, accordingly.

3. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on November 16, 2016.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record